IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-30869
Summary Calendar
_____


STEFANIE RIVIERE; THOMAS STURDEVANT,

Plaintiffs-Appellants,

versus

BANNER CHEVROLET, INC.; ET AL.,

Defendant,

BANNER CHEVROLET, INC.,

Defendant-Appellee.

Appeal from the United States District Court for
the Eastern District of Louisiana
(USDC No. 95-CV-3816-T)

_____
January 19, 2001

Before REAVLEY, JOLLY and JONES, Circuit Judges.

PER CURIAM:*

---

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Stefanie Riviere and Thomas Sturdevant appeal from the judgment of the district court dismissing their claim under the Truth in Lending Act, 15 U.S.C. §§ 1601-77. The district court has made the determination directed by the panel of this court on the prior appeal. The finding that the truck's purchase was made for business purposes is not clearly erroneous. The Act does not apply.

AFFIRMED.